**DENY and Opinion Filed September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00884-CV**
_____

**IN RE TERESA WARD COOPER, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00556-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

Before the Court is relator's September 8, 2022 Petition for Writ of Mandamus where she requests (1) a declaration that § 12.005 of the Texas Civil Practice and Remedies Code as applied to her is unconstitutional and (2) that District Clerk Lynne Finley and Court Reporter Robyn Rodriguez be compelled to prepare, certify, and file their clerk's and reporter's records in appeal No. 05-22-00632-CV without any fee, cost, charge, or expense against relator. Also before the Court is relator's September 8, 2022 Emergency Motion to Stay.

The Court has considered relator's petition for writ of mandamus and record, and we conclude relator has not demonstrated entitlement to mandamus relief.

Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a). We also deny

relator's Emergency Motion to Stay as moot.


220884f.p05                                    /Ken Molberg//
                                               KEN MOLBERG
                                               JUSTICE